Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff
Evelyn D. Torrez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA  FRESNO DIVISION

| | |
|---|---|
| EVELYN D. TORREZ, ) | Case No.: 1:09-cv-00626 JLT |
| Plaintiff, ) | |
| ) | ORDER AFTER STIPULATION AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| Defendant ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay to Law Offices of Lawrence D. Rohlfing, as Plaintiff's assignee, the amount of $3,700.00, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Dated:  **September 7, 2010**          **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE

-2-